JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| RUBEN AMPERANO, | ) CV 12-10738-CAS (SH) |
| | ) |
| Petitioner, | ) JUDGMENT |
| | ) |
| v. | ) |
| | ) |
| MARTIN D. BITER, | ) |
| | ) |
| Respondent. | ) |

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed without prejudice.

DATED: May 29, 2013

                                           CHRISTINA A. SNYDER
                                         UNITED STATES DISTRICT JUDGE